# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL P. BOYD,** : | |
|    Petitioner : | |
| : | No. 1:20-cv-1546 |
| v. : | |
| : | (Judge Rambo) |
| **WILLIAM P. BARR,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 31st day of August 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                                United States District Judge